UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EVELYN M. LYLES, :
11408 Patriot Lane :
Potomac, Maryland 20854 :
:
Plaintiff, :
:
v. : Civil Action No.
:
1. DISTRICT OF COLUMBIA GOVERNMENT, :
Executive Office :
1350 Pennsylvania Avenue, NW, Suite 316 :
Washington DC 20004
2. MAYOR FENTY
3. DC DEPARTMENT OF MENTAL HEALTH
4. Director Stephen T. Baron
64 New York Avenue NE, 4th Floor
Washington DC 20002 :
:
5. Mrs. JUANITA PRICE, CEO :
1408 U Street, NW, Suite 8 :
Washington, DC 20002 :
:
6. Mr. CAROL PARKS, CEO :
1310 Southern Avenue, SE :
Washington, DC 20032 :
:
7. Mrs. FRANKIE WHEELER, :
DMH Director of Personnel :
64 New York Avenue NE, 5th Floor :
Washington, DC 20002 :
:
Defendants. :
:

**FILED**
SEP 13 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:10-cv-01532
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/13/2010
Description: Employ. Discrim.

NOTICE OF REMOVAL OF ACTION

Defendant District of Columbia, by and through counsel Steven J. Anderson, and pursuant to 28 U.S.C. 1441(b) and 1446 notifies the Court of the removal of the above-captioned action filed in the Superior Court of the District of Columbia, Civil Action No. 0006342-10 on August 24,

2010. Plaintiff also has filed this exact same complaint in the United States District Court for the District of Columbia under case No. 1:10-cv-01424. Plaintiff's complaint alleges violation of Title VII, the Civil Rights Act of 1964, Americans with Disabilities Act 1990 and various other civil rights violations under federal law. (See attached complaint.).

The grounds for removal is that the Complaint asserts, inter alia, causes of action "founded on a claim or right arising under the Constitution, treatises or laws of the United States" which are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). The complaint as whole alleges violations of federal law.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this court pursuant to 28 U.S.C. §1441(b) and 1446 and the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. §1446(d).

Respectfully submitted,

PETER NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

WILLIAM JAFFE
Chief, General Litigation Section III

/s/ Steven J. Anderson
STEVEN J. ANDERSON (Bar No. 334480)
Assistant Attorney General
Suite 600S  441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607 (phone)
(202) 727-3625 (fax)
E-mail: Steve.Anderson@dc.gov